# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Foundation #1 |
| 3. Director-Inactive | Music Bridges Internatinal Inc |
| 4. Advisory Council | Ohio State University |
| 5. Advisory Director | Festival Daniou |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | CSG Systems Inc-Director Fee |
| 2. 2015 | Kohl's Department Stores Inc-Director Fee |
| 3. 2015 | Tailwind Capital Group-Managing Director |
| 4. 2015 | Safe Bulkers Inc -Director Fee |
| 5. 2015 | Jet Blue Airways Corp-Director Fee |
| 6. 2015 | Menemsha Capital Partners-Ltd-Employee |
| 7. 2015 | Linx Partners LLC_Director Fee |
| 8. 2015 | Morgan Stanley-Pension Income |
| 9. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. | Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. | Thornberg Value Fund Class A Mut Fd. (IRA) | | None | O | T | | | | | |
| 4. | Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | Sold (part) | 05/13/15 | J | | |
| 5. | | | | | | Sold (part) | 12/30/15 | J | | |
| 6. | Morgan Stanley Venture Investors III LP | | None | K | U | Sold (part) | 05/13/15 | J | | |
| 7. | | | | | | Sold (part) | 12/30/15 | J | | |
| 8. | MSCP III L.P. | | None | J | U | | | | | |
| 9. | ▩ (1998 300,0000) | | None | N | R | | | | | |
| 10. | ▩ (1998 300,000) | | None | N | R | | | | | |
| 11. | Northwestern Mututal Life | | None | K | T | | | | | |
| 12. | EVILCO Life Insurnace (Trust # 1)- N/C Phoenix Life Ins | | None | J | T | | | | | |
| 13. | Northwestern Mututal Life (Trust#1) | | None | O | T | | | | | |
| 14. | Northwestern Mututal Life(Trust #1) | | None | N | T | | | | | |
| 15. | Madison National Life Ins(Trust # 1)--N/C Madison National Life | A | Interest | J | T | | | | | |
| 16. | CSG Systems International Inc.Com | D | Dividend | O | T | Buy (add'l) | 08/25/15 | L | | |
| 17. | | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 19. Summit Mariner LLC/JP Morgan Checking | A | Interest | K | T | | | | | |
| 20. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 21. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 22. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |
| 23. JP Morgan(Checking)- | | None | L | T | | | | | |
| 24. Vacant Land _____ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 25. Trident Capital Fund V LP | E | Distribution | N | U | Sold (part) | 06/23/15 | J | | See Note # 1 |
| 26. | | | | | Sold (part) | 12/04/15 | J | | |
| 27. | | | | | Distributed (part) | 03/10/15 | J | | See Note # 5 To Ln # 424 |
| 28. | | | | | Distributed (part) | 08/05/15 | J | | See Note # 5-To Ln # 425 |
| 29. Linx Partners (Q) LP | G | Distribution | | | Sold | 07/28/15 | M | | See Note # 1 |
| 30. Grove Capital Commitment Partners LP | | None | K | U | | | | | |
| 31. _____ Golf Partners LLC | | None | K | U | | | | | |
| 32. Silvaris Corp Preferred B -N/C -Silvaris Corp-Preferred C-1 | | None | L | U | | | | | |
| 33. JP Morgan (Checking) | A | Interest | P2 | T | | | | | |
| 34. JK & B Capital IV QIP LP | | None | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Perseus Biopharmaceutical Investor LP | | None | | | Sold | 07/21/15 | K | | |
| 36. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | J | U | Sold (part) | 07/21/15 | K | | |
| 37. Grove II LP | | None | L | U | | | | | |
| 38. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 39. Capital Income Builders Fd Cl A(IRA) | D | Dividend | M | T | | | | | |
| 40. Kinderhook Capital I LP | | None | P1 | U | | | | | |
| 41. Capital World Grth & Income Fd Cl A(IRA) | D | Dividend | M | T | | | | | |
| 42. JP Morgan Tax Free MM Premier Sweep | A | Interest | P1 | T | | | | | |
| 43. Menemsha Captial Partners Ltd | | None | L | U | | | | | See Note # 2 |
| 44. Capital SLI Group LLC (Y) | | None | | | | | | | |
| 45. CGI Partners,LP | | None | P1 | U | Sold (part) | 06/04/15 | N | | |
| 46. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 47. Linx Partners II LP | | None | P1 | U | Sold (part) | 11/06/15 | L | | |
| 48. Lone Cypress Company Ltd | G | Distribution | | | Sold (part) | 06/24/15 | N | | See Note # 1 |
| 49. | | | | | Sold | 12/31/15 | P2 | H1 | |
| 50. Sentinel Capital Investors III LP | G | Distribution | J | U | Buy (add'l) | 06/23/15 | J | | See Note # 1 |
| 51. | | | | | Sold (part) | 09/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/09/15 | M | | |
| 53. | | | | | Sold (part) | 12/18/15 | K | | |
| 54. SFM Participation II LP | H1 | Distribution | P2 | U | Sold (part) | 02/10/15 | M | | See Note # 1 |
| 55. | | | | | Sold (part) | 02/24/15 | P1 | | |
| 56. | | | | | Sold (part) | 08/04/15 | P1 | | |
| 57. | | | | | Sold (part) | 09/30/15 | N | | |
| 58. | | | | | Sold (part) | 10/30/15 | K | | |
| 59. | | | | | Sold (part) | 11/18/15 | O | | |
| 60. | | | | | Sold (part) | 12/16/15 | M | | |
| 61. North Salem Acquisition & Development Fund 2005 LP (Y) | | None | | | | | | | |
| 62. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 63. Jetblue (Com) | | None | O | T | Donated (part) | | | | |
| 64. | | | | | Buy (add'l) | 05/08/15 | O | | |
| 65. | | | | | Sold (part) | 05/08/15 | O | | |
| 66. Aisling Capital II LP | | None | P1 | U | Buy (add'l) | 02/06/15 | K | | |
| 67. | | | | | Buy (add'l) | 06/08/15 | K | | |
| 68. | | | | | Sold (part) | 06/16/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/08/15 | M | | |
| 70. | | | | | Distributed (part) | 05/14/15 | K | | See Note # 5- To Ln #427 |
| 71. | | | | | Distributed (part) | 04/28/15 | J | | See Note # 5-To Line # 429 |
| 72. By The Way Productions LLC (Y) | | None | | | | | | | |
| 73. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 01/16/15 | M | | |
| 74. | | | | | Buy (add'l) | 02/27/15 | L | | |
| 75. | | | | | Buy (add'l) | 04/20/15 | K | | |
| 76. | | | | | Buy (add'l) | 10/23/15 | K | | |
| 77. | | | | | Buy (add'l) | 11/30/15 | L | | |
| 78. SEEF II LP | | None | P1 | U | Buy (add'l) | 01/20/15 | K | | |
| 79. | | | | | Buy (add'l) | 07/23/15 | K | | |
| 80. Towerbrook Investors II Executive Fund LP | G | Distribution | P1 | U | Sold (part) | 06/22/15 | L | | See Note # 1 |
| 81. | | | | | Sold (part) | 12/11/15 | O | | |
| 82. Trident VI LP | | None | N | U | Sold (part) | 09/15/15 | J | | |
| 83. | | | | | Sold (part) | 12/04/15 | J | | |
| 84. Kinderhook Capital Fund II LP | H1 | Distribution | P1 | U | Buy (add'l) | 05/13/15 | J | | See Note # 1 |
| 85. | | | | | Sold (part) | 05/13/15 | P1 | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/18/15 | L | | |
| 87. Kohls Corp (Com). | E | Dividend | O | T | Buy (add'l) | 05/20/15 | M | | |
| 88. | | | | | Buy (add'l) | 03/31/15 | M | | |
| 89. | | | | | Buy (add'l) | 03/05/15 | O | | |
| 90. | | | | | Sold (part) | 03/05/15 | O | | |
| 91. | | | | | Donated (part) | | | | |
| 92. KPB Partners LP | A | Interest | P1 | U | | | | | |
| 93. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 94. Thornburg Global Opportunity Cl 1 | A | Dividend | L | T | | | | | |
| 95. Morgan Stanley Bank (Savings) | A | Interest | | | Closed | 01/08/15 | J | | |
| 96. Thornburg CRE GWT (IRA) | | None | N | T | | | | | |
| 97. Inavein LLC (Y) | | None | | | | | | | |
| 98. Ironwood Management Partners Fund II LP | G | Distribution | P1 | U | Buy (add'l) | 01/12/15 | K | | See Note # 1 |
| 99. | | | | | Sold (part) | 05/11/15 | N | | |
| 100. | | | | | Sold (part) | 07/01/15 | N | | |
| 101. | | | | | Buy (add'l) | 05/18/15 | N | | |
| 102. | | | | | Buy (add'l) | 09/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  RGI Partners II B LP | F | Distribution | O | U | Sold (part) | 04/15/15 | K | | See Note # 1 |
| 104. | | | | | Sold (part) | 06/08/15 | M | | |
| 105.  RGI Partners Ltd | G | Distribution | P1 | U | Buy (add'l) | 06/05/15 | O | | See Note # 1 |
| 106. | | | | | Buy (add'l) | 12/24/15 | L | | |
| 107. | | | | | Sold (part) | 12/24/15 | N | | |
| 108.  SC Capital (P) LP | | None | P2 | U | | | J | | |
| 109.  Tailwind Capital Partners LP | H1 | Distribution | P1 | U | Buy (add'l) | 05/18/15 | L | | See Note # 1 & Note # 4 |
| 110. | | | | | Sold (part) | 03/26/15 | M | | See Note # 4 |
| 111. | | | | | Sold (part) | 06/12/15 | L | | See Note # 4 |
| 112. | | | | | Sold (part) | 08/05/15 | P1 | | See Note # 4 |
| 113. | | | | | Sold (part) | 08/12/15 | M | | See Note # 4 |
| 114.  Tailwind Management LP | H1 | Distribution | P1 | U | Sold (part) | 12/31/15 | N | | See Note # 1 |
| 115. | | | | | Sold (part) | 08/14/15 | O | | |
| 116.  Tailwind Capital Partners (GP) LP | H2 | Distribution | P1 | U | Sold (part) | 08/12/15 | P2 | | See Note # 1 & Note # 4 |
| 117. | | | | | Sold (part) | 12/15/15 | O | | See Note # 4 |
| 118.  --Apex Companies LLC | | | | | | | | | See Note #4 |
| 119.  -- Transit Wireless LLC | | | | | | | | | See Note #4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Hamilton State Bancshares Inc | | | | | | | | | See Note #4 |
| 121. --Oceus Networks Inc. | | | | | | | | | See Note # 4 |
| 122. --Optimal(X) | | | | | Sold (part) | 08/12/15 | | | See Note # 4 & Note # 11 |
| 123. --Nautilus Neurosciences Inc | | | | | Sold (part) | 12/15/15 | | | See Note #4 |
| 124. --Versapharm (X) | | | | | Sold (part) | 12/15/15 | | | See Note #4 & Note # 11 |
| 125. --Cumberland Consulting Group LLC | | | | | | | | | See Note #4 |
| 126. --RE Transportation Inc | | | | | Sold (part) | 08/12/15 | | | See Note #4 |
| 127. --Brawler Industrial Fabrics | | | | | | | | | See Note #4 |
| 128. --Northeast Comm of Wisconsin Inc | | | | | | | | | See Note # 4 |
| 129. --Towerco II (X) | | | | | Sold (part) | 08/12/15 | | | See Note # 4 & Note #11 |
| 130. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 131. Perseus Soros Partners | | None | M | U | Sold (part) | 07/21/15 | J | | |
| 132. Syndicate Holdings Corp(Com) | | None | N | U | | | | | |
| 133. Perseus Soros BioPharmaceutical Fund LP | | None | | | Sold | 07/21/15 | J | | |
| 134. Safe Bulkers Inc(Com) | B | Dividend | L | T | Buy (add'l) | 01/02/15 | K | | |
| 135. | | | | | Buy (add'l) | 04/24/15 | K | | |
| 136. | | | | | Buy (add'l) | 07/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/02/15 | K | | |
| 138. Artisanal Cheese LLC(Bridge Loan) | | None | N | T | | | | | |
| 139. Nassau Point Partners I LP (Y) | | None | | | | | | | |
| 140. Camulos BioEnergy Debt Holdings LLC | | None | | | Closed | 12/31/15 | | | See Note # 3 |
| 141. Camulos BioEnergy Partners LLC | | None | | | Closed | 12/31/15 | | | See Note # 3 |
| 142. Camulos Gateway HI Partners LLC | | None | | | Sold | 07/01/15 | J | | |
| 143. Camulos Gateway RH Partners LLC | | None | | | Sold | 07/01/15 | J | | |
| 144. Asling Investors III LP | G | Distribution | O | U | Buy (add'l) | 02/17/15 | K | | See Note # 1 |
| 145. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 146. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 147. | | | | | Sold (part) | 02/17/15 | K | | |
| 148. | | | | | Sold (part) | 04/23/15 | K | | |
| 149. | | | | | Sold (part) | 06/11/15 | M | | |
| 150. | | | | | Distributed (part) | 01/07/15 | J | | See Note # 5-To Ln # 431 |
| 151. | | | | | Distributed (part) | 08/10/15 | J | | See Note # 5 To Ln #432 |
| 152. | | | | | Distributed (part) | 07/23/15 | J | | See Note # 5- To Ln #434 |
| 153. | | | | | Distributed (part) | 08/18/15 | J | | See Note # 5-To Ln #435 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed (part) | 09/22/15 | J | | See Note # 5- To Ln # 436 |
| 155. Eastern Growth Capital I LP (Y) | | None | | | | | | | |
| 156. Eastern Growth Capital II LP | | None | M | U | Sold (part) | 02/12/15 | J | | |
| 157. Eastern Growth Capital II LP(IRA) | | None | M | U | | | | | |
| 158. Linx-Metaltech Co Investment LLC | D | Interest | K | U | Sold (part) | 04/22/15 | J | | |
| 159. | | | | | Sold (part) | 06/11/15 | J | | |
| 160. | | | | | Sold (part) | 09/12/15 | J | | |
| 161. Olympus Capital Asia IV LP | | None | P1 | U | Buy (add'l) | 03/13/15 | L | | |
| 162. | | | | | Buy (add'l) | 09/08/15 | L | | |
| 163. | | | | | Sold (part) | 03/13/15 | J | | |
| 164. UBS RMA Tax Free (MM) | A | Interest | L | T | | | | | |
| 165. Safe Bulkers Inc (Com)(IRA) | A | Dividend | K | T | | | | | |
| 166. Towerbrook Investors III Executive Fund LP | G | Distribution | O | U | Sold (part) | 02/05/15 | M | | See Note # 1 |
| 167. | | | | | Sold (part) | 06/23/15 | L | | |
| 168. | | | | | Sold (part) | 09/14/15 | K | | |
| 169. | | | | | Sold (part) | 11/19/15 | L | | |
| 170. | | | | | Sold (part) | 12/17/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Invesco Equity Income FD A (401K) | | None | J | T | | | | | |
| 172. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | K | T | | | | | |
| 173. NYS Dormitory 4 % Due 10/1/15 | E | Interest | | | Matured | 10/01/15 | O | | |
| 174. NYS Dormitory 5.25 % Due 8/15/15 | C | Interest | | | Sold (part) | 02/17/15 | M | | |
| 175. | | | | | Sold | 06/01/15 | K | | |
| 176. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 177. The West Africa Fund LP | | None | O | U | | | | | |
| 178. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | P1 | T | | | | | |
| 179. Yumsing LLC | | None | N | U | Sold (part) | 12/21/15 | K | | |
| 180. Cordia Bancorp Ser B(Com)(IRA) | | None | K | T | | | | | |
| 181. Michael Walsdorf- (Indirect Investment- 71 Smith Street LLC ) | | None | M | T | Sold (part) | 06/17/15 | M | | See Note # 9 |
| 182. Beryllium LLC | | None | J | U | | | | | |
| 183. Kinderhook Capital Fund III LP | G | Distribution | P1 | U | Buy (add'l) | 03/09/15 | K | | See Note #1 |
| 184. | | | | | Buy (add'l) | 05/27/15 | L | | |
| 185. | | | | | Sold (part) | 05/27/15 | M | | |
| 186. NYS Dormitory 5.25 % Due 5/15/15 | C | Interest | | | Matured | 05/15/15 | M | | |
| 187. Nuclea Biotechnologies Inc-Convertible Note | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Cordia Bancorp Inc Ser B (Com) | | None | N | T | | | | | |
| 189. Rapid Ratings International Inc (Com) | | None | P1 | T | Buy (add'l) | 03/02/15 | N | | |
| 190. | | | | | Buy (add'l) | 08/04/15 | N | | |
| 191. | | | | | Buy (add'l) | 10/16/15 | N | | |
| 192. Parkstone Capital Partners LLC | F | Distribution | L | U | Sold (part) | 02/27/15 | L | | See Note # 1 |
| 193. Lone Peak Partners Fund LP | B | Distribution | P1 | U | | | | | See Note # 1 |
| 194. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 195. NYS Dorm 5.625 % Due 6/1/16 | E | Interest | M | T | Sold (part) | 07/01/15 | M | | |
| 196. Tailwind Capital Group LLC | A | Distribution | K | U | | | | | See Note # 1 |
| 197. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 198. CSL Energy Opportunity Fd I LP | | None | N | U | Buy (add'l) | 03/23/15 | L | | |
| 199. | | | | | Sold (part) | 03/23/15 | K | | |
| 200. CSL Europe Energy Services LP | | None | K | U | | | | | |
| 201. Parkstone Capital Partners II LP | G | Distribution | O | U | Sold (part) | 03/04/15 | L | | See Note # 1 |
| 202. | | | | | Sold (part) | 08/25/15 | M | | |
| 203. ▨ Investment Group LLC | | None | L | U | | | | | |
| 204. ▨ Capital Partners LLC (Promissory Note) | | None | | | Distributed | 11/19/15 | M | | See Note # 12-To Ln # 438 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. NYS Energy Res & Dev 2.25 % Due 12/1/15 | E | Interest | | | Matured | 12/01/15 | O | | |
| 206. Patchogue Metford NY Un 4.25 Due 10/1/15 | E | Interest | | | Matured | 10/01/15 | O | | |
| 207. Artiman Venture Fund LP | D | Distribution | M | U | Sold (part) | 04/13/15 | J | | See Note # 1 |
| 208. EOS Sleep Management LLC N/C EOS Healthcare Partners LLC | | None | O | U | Buy (add'l) | 02/20/15 | M | | |
| 209. OD Funding Partners LLC | | None | L | U | Sold (part) | 03/20/15 | M | | |
| 210. | | | | | Sold (part) | 09/16/15 | L | | |
| 211. Nextremity Solutions Inc | | None | P1 | U | Buy (add'l) | 03/26/15 | O | | |
| 212. Linx-Ad Co-Invest LLC | | None | K | U | | | | | |
| 213. Collision Funding Partners LLC | | None | N | U | Buy (add'l) | 10/13/15 | K | | |
| 214. adTheorent Inc Convertible Promissory Note) | | None | L | T | | | | | |
| 215. Figue Holdings LLC (Promissory Note)/N/C( (Class B Common) | | None | N | T | | | | | |
| 216. Jonathan Kully (Indirect Investment 71 Smith Street LLC) | | None | M | T | Sold (part) | 06/17/15 | M | | See Note # 9 |
| 217. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 218. Kenesto Corp (Preferred C) | | None | P1 | T | Buy (add'l) | 02/02/15 | L | | |
| 219. | | | | | Buy (add'l) | 04/14/15 | L | | |
| 220. | | | | | Buy (add'l) | 08/04/15 | L | | |
| 221. | | | | | Buy (add'l) | 10/20/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MogilityCapital Fund LP | | None | M | U | | | | | |
| 223. OpenFin Inc.(Preferred Stock) | | None | N | T | Buy (add'l) | 04/01/15 | L | | |
| 224. Remedy Pharmaceuticals Inc | | None | O | T | Buy (add'l) | 10/13/15 | M | | |
| 225. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | K | T | | | | | |
| 226. XCovery Holdings LLC | | None | J | U | | | | | |
| 227. NYS Dorm 4 % Due 7/1/16 | D | Interest | N | T | | | | | |
| 228. NYS Mtg Auth 1.2 % Due 4/1/16 | C | Interest | N | T | | | | | |
| 229. NYS Dorm 4 % Due 7/1/17 | E | Interest | O | T | | | | | |
| 230. Monroe County NY 4 % Due 6/1/15 | D | Interest | | | Matured | 06/01/15 | O | | |
| 231. NYS Mtg 5 % Due 11/1/16 | D | Interest | N | T | | | | | |
| 232. Batavia NY 4% Due 3/1/17 | E | Interest | O | T | | | | | |
| 233. Dryden NY Cent School 4%Due 6/15/16 | C | Interest | | | Sold | 06/15/15 | M | | |
| 234. Rochester NY Unliited Tax 3.25% Due 2/1/16 | D | Interest | M | T | | | | | |
| 235. NYS Muni Bd 5 % Due 5/15/16 | E | Interest | N | T | | | | | |
| 236. NYS Mtg 2 % Due 4/1/16 | C | Interest | | | Sold | 11/23/15 | M | | |
| 237. East Rochester NY 3 % Due 10/20/15 | D | Interest | | | Matured | 10/20/15 | M | | |
| 238. Cardflight Inc (Preferred) | | None | N | T | Buy (add'l) | 05/08/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Fenway HTM Partners LLC | | None | O | U | | | | | |
| 240. FunnelFire Inc (ConvPromissory Note) | | None | L | T | | | | | |
| 241. Gain Fitness Inc(Com) | | None | M | T | Buy (add'l) | 09/15/15 | K | | |
| 242. CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | | | | | |
| 243. Linx RE-Co-Invest LLC | C | Interest | M | U | Sold (part) | 01/14/15 | J | | |
| 244. | | | | | Sold (part) | 04/22/15 | J | | |
| 245. | | | | | Sold (part) | 07/17/15 | J | | |
| 246. | | | | | Sold (part) | 10/01/15 | K | | |
| 247. Linx III LP | | None | O | U | Buy (add'l) | 07/09/15 | N | | |
| 248. | | | | | Sold (part) | 03/20/15 | N | | |
| 249. | | | | | Sold (part) | 10/23/15 | M | | |
| 250. Monaeo Inc(Conv. Promissory Note) | | None | N | T | Buy (add'l) | 03/02/15 | M | | |
| 251. Moolagram Inc (Ser A1 Preferred ) | | None | M | T | | | | | |
| 252. One Up Games LLC(Note ) | | None | O | T | Buy (add'l) | 02/02/15 | N | | |
| 253. Romulus Capital II US Feeder LP | | None | N | U | Buy (add'l) | 10/13/15 | M | | |
| 254. Storypanda Enterprises Inc(Conv Promissory Note) | | None | K | T | | | | | |
| 255. Tengrade Inc (Preferred) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Linx-Grammer Co LLC | B | Distribution | N | U | Sold (part) | 02/15/15 | J | | See Note # 1 |
| 257. | | | | | Sold (part) | 05/22/15 | J | | |
| 258. | | | | | Sold (part) | 06/04/15 | K | | |
| 259. NYS Dorm 4% Due 5/15/17 | C | Interest | M | T | | | | | |
| 260. State of NY Thruway 4 % Due 3/15/15 | B | Interest | | | Matured | 03/15/15 | L | | |
| 261. State of NY Dorm 5 % Due 7/1/16 | E | Interest | K | T | Sold (part) | 10/16/15 | N | | |
| 262. Lake Placid NY 5 % Due 6/15/16 | D | Interest | N | T | | | | | |
| 263. Onondaga Cnty NY TR Cult 5 % Due 12/1/15 | D | Interest | | | Matured | 12/01/15 | M | | |
| 264. MTA Rev BD 5.5 % Due 1/1/15 | E | Interest | | | Matured | 01/02/15 | O | | |
| 265. West Seneca NY 4 % Due 11/15/17 | E | Interest | O | T | | | | | |
| 266. NY NY Ser C 5 % Due 8/1/17 | E | Interest | O | T | | | | | |
| 267. State of NY Dorm 3 % Due 3/1/15 | C | Interest | | | Matured | 03/02/15 | N | | |
| 268. Tarrytown NY 4 % Due 5/1/18 | E | Interest | O | T | | | | | |
| 269. Tailwind Capital Partners II LP | | None | P1 | U | Buy (add'l) | 06/17/15 | N | | See Note # 10 |
| 270. | | | | | Sold (part) | 06/17/15 | L | | See Mote # 10 |
| 271. | | | | | Buy (add'l) | 09/18/15 | P1 | | See Note # 10 |
| 272. | | | | | Buy (add'l) | 12/07/15 | P1 | | See Note # 10 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 02/06/15 | M | | See Note # 10 |
| 274. | | | | | Buy (add'l) | 03/18/15 | L | | See Note # 10 |
| 275. --TowerCo 2013 | | | | | | | | | See Note # 10 |
| 276. --Diamondback Drugs | | | | | | | | | See Note # 10 |
| 277. --Long's Drugs | | | | | | | | | See Note # 10 |
| 278. --Colony Hardware | | | | | Buy | 12/07/15 | | | See Note # 10 |
| 279. --Lieberman Research Worldwide | | | | | Buy | 09/18/15 | | | See Note # 10 |
| 280. --National HME | | | | | Buy | 09/18/15 | | | See Note # 10 |
| 281. --Premiere Store Fixtures | | | | | Buy | 09/18/15 | | | See Note # 10 |
| 282. --TowerCo IV | | | | | Buy | 09/18/15 | | | See Note # 10 |
| 283. Uniserv LLC | | None | M | U | | | | | |
| 284. Trust # 4 | G | Int./Div. | P2 | T | Buy (add'l) | 09/14/15 | P1 | | See Note # 7 |
| 285. --Safebulkers Inc Ser B 8 % Preferred | | | | | | | | | |
| 286. --Principal Global Diversified Income Fd Cl A | | | | | Sold | 12/15/15 | O | | |
| 287. --Thornburg Income Builders Cl 1 | | | | | Sold | 12/14/15 | P1 | | |
| 288. --Thornburg Global Opp Fd Cl 1 | | | | | | | | | |
| 289. --Thornburg Intl Value Fd 1 | | | | | Sold | 12/14/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Thornburg Limited Term Inc Cl 1 | | | | | Sold | 12/14/15 | P1 | | |
| 291. --UBS Bank USA Dep Account | | | | | | | | | |
| 292. --JP Morgan Checking | | | | | | | | | |
| 293. --Nextremity Solutions Inc (Conv Promissory Note ) | | | | | | | | | |
| 294. --EOS Sleep Management LLC / N/C EOS Healthcare Partners LLC | | | | | | | | | |
| 295. --Exxon Mobil Corp(Com) | | | | | Buy (add'l) | 11/18/15 | N | | |
| 296. --Microsoft Corp(Com) | | | | | Buy (add'l) | 11/18/15 | N | | |
| 297. --Columbia Select Large Cap Growth FD | | | | | Buy | 11/18/15 | P1 | | |
| 298. | | | | | Sold | 12/14/15 | O | | |
| 299. Trust # 3 | G | Int./Div. | P1 | U | | | | | See Note # 7 |
| 300. --Cellular Dynamics International Inc (Preferred A) | | | | | Sold | 03/30/15 | P1 | H1 | |
| 301. --Thornburg International Growth Fd | | | | | Buy | 04/17/15 | P1 | | |
| 302. | | | | | Sold | 12/14/15 | O | | |
| 303. --Thornburg Global Opportunities Fd | | | | | Buy | 04/17/15 | P1 | | |
| 304. | | | | | Sold | 12/14/15 | O | | |
| 305. --Thornburg Income Builders Cl 1 | | | | | Buy | 04/17/15 | P1 | | |
| 306. | | | | | Sold | 12/14/15 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  --Thornburg Intl Value Fd | | | | | Buy | 04/17/15 | P1 | | |
| 308. | | | | | Sold | 12/14/15 | O | | |
| 309.  --UBS Bank USA -Depost Account | | | | | Open | 04/02/15 | M | | |
| 310.  --UBS AG Deposit Acount | | | | | Open | 04/02/15 | P1 | | |
| 311.  Tailwind Capital Partners II (GP)LP | | None | P1 | U | Buy (add'l) | 01/17/15 | M | | See Note # 10 |
| 312. | | | | | Buy (add'l) | 09/18/15 | N | | |
| 313. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 314. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 315.  Island Air LLC | | None | | | Buy (add'l) | 03/11/15 | K | | |
| 316. | | | | | Closed | 12/31/15 | | | See Note # 8 |
| 317.  The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 318.  RGI Partners B LP | | None | L | U | Sold (part) | 04/15/15 | K | | |
| 319.  Radius Networks Inc (Com) | | None | O | T | | | | | |
| 320.  Moolagram Inc (Preferred Ser A-2 ) | | None | O | T | | | | | |
| 321.  Safebulkers Ser D 8 % Preferred | E | Dividend | L | T | | | | | |
| 322.  ChartIQ LLC | | None | M | U | | | | | |
| 323.  Transplant Genomics Inc (Convertible Note) | C | Interest | N | T | Buy | 10/01/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Transplant Genomics Inc( Preferred A) | | None | M | T | Buy | 05/15/15 | L | | |
| 325. Gravitas Technology Service LLC | | None | P1 | U | Sold (part) | 05/07/15 | J | | |
| 326. Real Endpoints LLC | | None | O | U | Buy (add'l) | 02/10/15 | L | | |
| 327. Valuestream Development Lab Fund LLC | | None | M | U | Buy (add'l) | 01/20/15 | K | | |
| 328. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 329. Grove Hospitality Asia GP LLC | B | Distribution | J | U | Sold (part) | 04/15/15 | J | | See Note # 1 |
| 330. Grove Hospitality Europe GP LLC | | None | J | U | | | | | |
| 331. Grove Aurelis II GP LLC | E | Distribution | K | U | Sold (part) | 04/15/15 | K | | See Note # 1 |
| 332. | | | | | Sold (part) | 06/08/15 | J | | |
| 333. GN WMC LLC | F | Distribution | K | U | Sold (part) | 12/30/15 | L | | See Note # 1 |
| 334. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 335. Invesco International Growth A (401k) | | None | M | T | Buy (add'l) | 03/16/15 | K | | |
| 336. Safebulkers Inc (Ser C Preferred) (IRA) | C | Dividend | K | T | | | | | |
| 337. Safebulkers Inc (Ser D 8 % Preferred) | | None | | | Sold | 01/02/15 | M | | |
| 338. NY NY 5 % Due 3/1/17 | D | Interest | M | T | | | | | |
| 339. City of NY 5 % Due 1/15/19 | C | Interest | M | T | | | | | |
| 340. NY S Urban Dev 5 % Due 3/15/18 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. NYC NY TRans 5 % Due 11/1/19 | D | Interest | M | T | | | | | |
| 342. Met Trans Authority 5 % Due 11/15/18 | E | Interest | N | T | | | | | |
| 343. NYS Dorm 5 % Due 2/15/17 | D | Interest | M | T | | | | | |
| 344. NY NY Unlimited Tax 5 % Due 8/1/18 | D | Interest | M | T | | | | | |
| 345. NYS Thruway Auth 4 % Due 1/1/17 | D | Interest | N | T | | | | | |
| 346. NYS Thruway 5 % Due 5/1/19 | E | Interest | O | T | | | | | |
| 347. NYS Dormatory 5 % Due 7/1/18 | D | Interest | N | T | | | | | |
| 348. NYS Dormatory 5 % Due 3/15/19 | D | Interest | N | T | | | | | |
| 349. Nassau County NY 5 % Due 10/1/19 | E | Interest | N | T | | | | | |
| 350. Rochester NY 4 % Due 2/15/19 | D | Interest | O | T | | | | | |
| 351. Personalized Cancer Therapy Inc (Com) | | None | O | T | Buy (add'l) | 07/24/15 | M | | |
| 352. Romulus ELC B3 Special Opportunity LP | | None | M | U | | | | | |
| 353. Sommetrics. Inc (Preferred Ser B) | | None | N | T | Buy (add'l) | 01/12/15 | L | | |
| 354. RetSKU Inc (Senior Convertible Note) | | None | L | T | Buy (add'l) | 11/13/15 | K | | |
| 355. Sensai Corp (Converitible Note) | | None | M | T | | | | | |
| 356. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | Buy (add'l) | 09/03/15 | N | | |
| 357. Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 34

Name of Person Reporting

McMahon, Colleen

Date of Report

08/11/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 359. Build and Imagine LLC | | None | L | U | Buy (add'l) | 09/14/15 | J | | |
| 360. Call Rail Investors LLC | | None | M | U | | | | | |
| 361. Apprennet LLC -N/C SpireCube LLC | D | Distribution | L | U | | | | | See Note # 1 |
| 362. Linx-Transpro Co-Invest LLC | D | Distribution | L | U | Sold (part) | 01/14/15 | J | | See Note # 1 |
| 363. | | | | | Sold (part) | 04/22/15 | J | | |
| 364. | | | | | Sold (part) | 07/17/15 | J | | |
| 365. | | | | | Sold (part) | 10/07/15 | J | | |
| 366. Linx-Gullett Co-Invest LLC | B | Distribution | N | U | Sold (part) | 03/09/15 | J | | See Note # 1 |
| 367. | | | | | Sold (part) | 06/09/15 | J | | |
| 368. | | | | | Sold (part) | 09/09/15 | J | | |
| 369. | | | | | Sold (part) | 12/09/15 | J | | |
| 370. 50 Mast LLC | | None | M | U | Buy | 10/16/15 | M | | |
| 371. AG Team Partners LLC | | None | M | U | Buy | 05/29/15 | K | | |
| 372. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 373. | | | | | Buy (add'l) | 02/19/15 | L | | |
| 374. | | | | | Buy (add'l) | 12/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. AG Team Partners III LP | | None | M | U | Buy | 02/19/15 | M | | |
| 376. ClickDimension LLC | | None | N | U | Buy | 04/17/15 | N | | |
| 377. | | | | | Sold (part) | 10/22/15 | K | | |
| 378. CSL Energy Opp Fund II LP | | None | M | U | Buy | 02/18/15 | L | | |
| 379. | | | | | Buy (add'l) | 10/20/15 | L | | |
| 380. Estimize Inc (Ser B Preferred) | | None | M | T | Buy | 03/11/15 | M | | |
| 381. Exitround Inc. (Conv Note) | | None | L | T | Buy | 06/24/15 | L | | |
| 382. Grotech Ventures III LP | | None | L | U | Buy | 07/07/15 | K | | |
| 383. | | | | | Buy (add'l) | 10/26/15 | K | | |
| 384. | | | | | Buy (add'l) | 12/21/15 | K | | |
| 385. Karma Culture LLC | | None | M | U | Buy | 11/18/15 | M | | |
| 386. Kinderhook Capital Fund IV | | None | P1 | U | Buy | 04/20/15 | N | | |
| 387. | | | | | Buy (add'l) | 06/10/15 | N | | |
| 388. | | | | | Buy (add'l) | 09/21/15 | N | | |
| 389. | | | | | Buy (add'l) | 10/13/15 | N | | |
| 390. Linx-CPT Co Invest LLC | B | Interest | L | U | Buy | 07/06/15 | L | | |
| 391. | | | | | Sold (part) | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Logic9S LLC (Conv Promissory Note) | | None | M | T | Buy | 02/23/15 | M | | |
| 393. Oxy Docs, Inc (Conv Promissory Note) | | None | K | T | Buy | 11/12/15 | K | | |
| 394. Olympus Capital Asia Fd V LP | | None | N | U | Buy | 09/28/15 | M | | |
| 395. | | | | | Buy (add'l) | 11/17/15 | M | | |
| 396. Padloc Inc. (Ser A Preferred) | | None | M | T | Buy | 05/22/15 | M | | |
| 397. Romulus Capital III (US) Feeder LP | | None | N | U | Buy | 07/27/15 | N | | |
| 398. Perry Lane LLC | | None | M | U | Buy | 07/16/15 | M | | |
| 399. Slingshot Insights Inc (Conv. Promissory Note) | | None | L | T | Buy | 04/08/15 | L | | |
| 400. Syndicated Loan Direct Inc (Conv. Promissory Note) | | None | L | T | Buy | 11/30/15 | L | | |
| 401. TBCP Jacksonville LLC | | None | L | U | Buy | 12/01/15 | L | | |
| 402. TernPro Inc (Conv Promissory Note &Preferred Stock) | | None | L | T | Buy | 03/30/15 | L | | |
| 403. | | | | | Buy (add'l) | 11/16/15 | K | | |
| 404. Terafina Inc (Conv Promissory Note) | | None | M | T | Buy | 08/24/15 | M | | |
| 405. NY St Dorm 4 % Due 5/1/19 | C | Interest | M | T | Buy | 01/12/15 | M | | |
| 406. NY City NY Muni Wtr 4 % Due 6/15/18 | E | Interest | O | T | Buy | 01/13/15 | O | | |
| 407. Hempstead Town NY 5 % Due 7/1/19 | D | Interest | O | T | Buy | 03/11/15 | O | | |
| 408. NY St Thwy Auth 5 % Due 4/1/20 | D | Interest | O | T | Buy | 06/22/15 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. NY St Dorm 5 % Due 7/1/20 | | None | N | T | Buy | 07/16/15 | N | | |
| 410. Kingston NY City Sch 4 % Due 6/15/17 | C | Interest | N | T | Buy | 07/27/15 | N | | |
| 411. NY St Env FACS 5 % Due 9/15/19 | | None | O | T | Buy | 08/06/15 | O | | |
| 412. Ithaca NY City 3 % Due 7/1/18 | | None | N | T | Buy | 10/23/15 | O | | |
| 413. Ithaca NY City 3 % Due 7/1/20 | | None | N | T | Buy | 10/23/15 | N | | |
| 414. MTA NY 5 1/4 % Due 11/15/17 | A | Interest | M | T | Buy | 11/03/15 | M | | |
| 415. MTA NY 4 % Due 11/15/17 | A | Interest | M | T | Buy | 11/03/15 | M | | |
| 416. MTA 5 % Due 11/15/19 | A | Interest | M | T | Buy | 11/09/15 | M | | |
| 417. NYS Urban Dec 5 % Due 3/15/17 | | None | M | T | Buy | 11/10/15 | M | | |
| 418. NYS Dorm Auth 5 % Due 3/15/24 - Prerefunded 9/1/16 | | None | M | T | Buy | 11/09/15 | M | | |
| 419. Long Island Power 5 % Due 12/1/17 | A | Interest | M | T | Buy | 11/17/15 | M | | |
| 420. Long Island Power 5 % Due 9/1/20 | | None | O | T | Buy | 12/01/15 | O | | |
| 421. Home Team Marketing LLC (Senior Promissory Notes ) | | None | O | T | Buy | 04/10/15 | M | | |
| 422. | | | | | Buy (add'l) | 06/24/15 | N | | |
| 423. | | | | | Buy (add'l) | 07/13/15 | L | | |
| 424. Qualys Inc | | None | | | Spinoff (from line 27) | 03/10/15 | J | | See Note # 6 |
| 425. | | | | | Spinoff (from line 28) | 08/05/15 | J | | See Note # 6 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Donated | | | | |
| 427. Cempra Inc | | None | | | Spinoff (from line 70) | 05/14/15 | K | | See Note # 6 |
| 428. | | | | | Donated | | | | |
| 429. Esperion Therapeutics Imc | | None | | | Spinoff (from line 71) | 04/28/15 | J | | See Note # 6 |
| 430. | | | | | Donated | | | | |
| 431. Chimerix Inc | | None | | | Spinoff (from line 150) | 01/07/15 | J | | See Note # 6 |
| 432. | | | | | Spinoff (from line 151) | 08/10/15 | J | | See Note # 6 |
| 433. | | | | | Donated | | | | |
| 434. Sorrento Therapeutics Inc | | None | | | Spinoff (from line 152) | 07/23/15 | J | | See Note # 6 |
| 435. | | | | | Spinoff (from line 153) | 08/18/15 | J | | See Note # 6 |
| 436. | | | | | Spinoff (from line 154) | 09/22/15 | J | | See Note # 6 |
| 437. | | | | | Donated | | | | |
| 438. ▨▨▨▨▨ LLC | | None | M | U | Spinoff (from line 204) | 11/19/15 | M | | See Note # 12 |
| 439. Edward Jones Retirement MM(IRA) | | None | J | T | Open | 12/30/15 | J | | |
| 440. Fidelity (Cash) | A | Interest | K | T | Open | 01/02/15 | K | | |
| 441. Omnilink Systems Inc(DBA) Numerex Corp (X) | | None | | | Sold | 11/10/15 | O | G | See Note # 11 |
| 442. Thompson Trucking Inc (X) | | None | | | Sold | 12/31/15 | J | B | See Note # 11 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 34

Name of Person Reporting

McMahon, Colleen

Date of Report

08/11/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Tidewater Acquisition Inc(X) | | None | | | Sold | 12/31/15 | K | E | See Note # 11 |
| 444. Figue Holdings LLC | | None | M | U | Buy | 09/22/15 | M | | |
| 445. | | | | | | | | | |
| 446. | | | | | | | | | |
| 447. | | | | | | | | | |
| 448. | | | | | | | | | |
| 449. | | | | | | | | | |
| 450. | | | | | | | | | |
| 451. | | | | | | | | | |
| 452. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #' 25,29,48,50,54,80,84,98,103,105,109,114,116,144,166,183,192,193,196,201,207,256,329,331,333,361,362,366

The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 43

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's husband.

Note # 3
Explanation Section VII
Item # 140,141

These investments are worthless as of December 31, 2015. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2015. The value in Column D(3) is blank since no value was derived from the worthless investment.

Note # 4
Explanation Section VII
Item # 109-113,116-129

The Judge's husband is a Managing partner of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . The partnerships have ownership interests in the companies listed.The costs of the ownership interests are included in the Gross value at the end of the reporting period indicated on line # 109 Tailwind Capital Partners LP Column C(1) and line # 116 Tailwind Capital Partners( GP) LP, Column C(1). In addition,the proceeds of the sale of the investments are included on line 109-113 and 116-117 . The invested companies are listed on lines 118 thru 129.

Note # 5
Explanation Section VII
Item # 27,28,70,71,150,151,152,153,154

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information is noted as "Distributed " in Column D(1). The date the shares were distributed is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 424,425,427,429,431,432,434,435,436

These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the acqusition costs of the assets by the Limited Partnership, as reported by the General Partner.

Note # 7
Explanation Section VII
Item # 284,299

The Judge's husband created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The income reported by the trusts are taxed to the Grantor. The benficiaries of the trusts are the Judge's independent children. The total assets of the Trusts are listed on line # 284 and line # 299.

Note # 8
Explanation Section VII
Item # 316

The partnership terminated during 2015. The partner's capital account was reduced to zero due to a loss incurred by the partnership and as a result "Closed" was entered in Section VII column D(1) the date of December 31, 2015 was entered in Column D(2) and no value was entered in Section VII column D(3).

Note # 9
Explanation Section VII

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item # 181,216

The loans reported on the prior reports were indirect invesmtments by the Judge's husband in ⬛⬛⬛ Street LLC. The amounts will be repaid from future distributions made by the partnership .

See Note # 10
Explanation Section VII
Item # 269-282 ,311-314

The Judge's husband is a Managing Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests in the companies listed (275-282). The cost of the ownership interests are included in the Gross Value at the end of the reporting period indicated on line # 269 & 311, Column C(1).
The purchase of the companies listed are included in the partners capital contributions listed on line # 269-274 and 311-314 in section D(2) and D(3).

Note # 11
Explanation Section VII
Item # 122,124,129,441,442,443

Escrow income subject to various contingencies was received in 2015. The applicable securities were sold in prior years. The cost of the securities was zero.

Note # 12
Explanation item # 204 ,438

⬛⬛⬛ Captial Partners LLC exchanged the Promissory note listed on line 204 for a limited partnership interest in ⬛⬛⬛⬛⬛ LLC listed on line # 438.

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 34

Name of Person Reporting

McMahon, Colleen

Date of Report

08/11/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544